IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DAVID TATE, | : | |
| Plaintiff | : | |
| VS. | : | |
| Officer BLANTON, *et al.*, | : | NO. 7:10-CV-16 (HL) |
| Defendants | : | |
| | : | **O R D E R** |

Plaintiff **DAVID TATE**, an inmate at Augusta State Medical Prison in Grovetown, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against the following Valdosta State Prison officials: Officer Blanton, Warden Orr, Warden William Danforth, Captain Maine, and Lieutenant Ridall. Plaintiff's claims arise out of defendant Officer Blanton's alleged used excessive force against plaintiff in July 2009.

Plaintiff has previously filed a similar complaint arising out of the same incident against Blanton, Orr, and two other defendants who were dismissed from the action. *Tate v. Blanton*, 7:09-cv-142 (WLS) (*"Tate I"*). *Tate I* remains pending in this Court against defendants Blanton and Orr.

Plaintiff cannot simultaneously maintain two lawsuits relating to the same incident. If plaintiff wishes to sue Danforth, Maine, and Ridall for their conduct in the events which are the subject of *Tate I*, he should file a motion to amend his complaint in *Tate I* to add these additional defendants. Plaintiff's motion to amend should state specifically how each of the additional defendants violated plaintiff's constitutional rights.

In light of the foregoing, it is hereby **ORDERED** that the instant action be **DISMISSED**.

**SO ORDERED**, this 11th day of March, 2010.

                                                    *s/ Hugh Lawson*
                                                  HUGH LAWSON
                                                  UNITED STATES DISTRICT JUDGE

cr